52 F.3d 316
 Jose Rivera, Inmate, Southern State Corr. Facility, a/k/a
Angel S. Figueroa, Rolando Perez, Inmate, Jaime
Juarbe, Inmate
v.
Robert D. Edmiston, Admin., Southern State Corr. Facility,
Ronald Brown, Asst. Supt., Josephine Grabow, Corr. Sgt.,
Ivan Maldonado, Corr. Sgt., Nancy Robbins, Corr. Officer;
Betzaida Juarbe v. Robert D. Edmiston, Admin., Southern
State Corr. Facility, Ronald Brown, Asst. Supt., Josephine
Grabow, Corr. Sgt., Ivan Maldonado, Corr. Sgt., Nancy Robbins,
 NO. 94-5543
 United States Court of Appeals,
Third Circuit.
 Mar 22, 1995
 
 Appeal From: D.N.J., No. 94-cv-01706, 94-cv-02053,
 Irenas, J.
 
 
 1
 AFFIRMED.